USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-

DAT TAT HO

-------------------------------------------------------X

Docket No.: 21 Cr. 403 (VEC)

**Order**

   **WHEREAS,** on February 10, 2021, the Court entered an Order Setting Conditions of Release and Appearance Bond (ECF No. 36), in which Defendant Dat Tat Ho ("Defendant") was released from custody and a bail condition of home incarceration was imposed, among other conditions; and

   **WHEREAS,** Defendant has applied for an order modifying his bail conditions of home incarceration to home detention; and

   **WHEREAS,** the Government consents to Defendant's application for an order modifying his bail condition of home incarceration to home detention;

   **UPON** consideration of Defendant Dat Tat Ho's application for an order modifying his bail condition of home incarceration to home detention, it is,

   **ORDERED** that Defendant's application is **GRANTED**, and the February 10, 2021 Order Setting Conditions of Release and Appearance Bond (ECF No. 36) is modified as follows:

   1. The portion of the February 10, 2021 Order Setting Conditions of Release and Appearance Bond that imposes a bail condition of home incarceration upon Defendant is vacated.

   2. Defendant will remain under the supervision of the Pretrial Services Agency, subject

to Pretrial Services' location restriction program of home detention with location monitoring. Defendant is restricted to his home at all times, except for:

    a. Attorney visits, court appearances, and necessary medical treatment;

    b. Defendant's employment at Victoria Nails & Bar, 5740 Broadway, Bronx, New York 10463, Monday through Saturday from 10am to 6pm EST.

3. All other provisions of the February 10, 2021 Order Setting Conditions of Release and Appearance Bond remain in place, including those pertaining to co-defendant(s), co-conspirator(s), and/or employees of Defendant's nail salons.

Dated: July 16, 2021
      Garden City, New York

                                                           _____
                                                           HONORABLE VALERIE E. CAPRONI
                                                           UNITED STATES DISTRICT JUDGE
                                                           SOUTHERN DISTRICT OF NEW YORK