

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2022

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Nguyen et al.*, 21 Cr. 403 (VEC)

Dear Judge Caproni:

      Pursuant to the Court's Order dated January 14, 2022, the parties jointly write to provide a status update to the Court. As the Court is aware, on January 26, 2022, the defendant Victoria Ho pled guilty to Count Three of the Indictment. With respect to the remaining two defendants, Ngoc Nguyen and Dat Ho, they are still in the process of finalizing their respective plea resolutions in a separate case against them pending in the Eastern District of New York, *see United States v. Ho*, 20 Cr. 486 (JS), and the Government expects to seek approvals for a Rule 20 transfer of the charges in this case against Nguyen and Ho to the Eastern District of New York for purposes of a guilty plea and sentencing. Accordingly, the parties respectfully propose to submit another status update to the Court in approximately 30 to 45 days.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   _____
      Michael McGinnis / Sagar K. Ravi
      Assistant United States Attorneys
      (212) 637-2195 / 2305
      sagar.ravi@usdoj.gov
      michael.mcginnis@usdoj.gov