USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
         -against-                                         :    21-CR-403 (VEC)
                                                                  :
                                                                  :    ORDER
NGOC MANH NGUYEN, DAT TAT HO,                                     :
                                                                  :
                    Defendants.                                :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 14, 2022, the parties appeared for a status conference in this matter.

      IT IS HEREBY ORDERED that motions *in limine* are due no later than **Friday, May 27, 2022** and responses in opposition are due no later than **Friday, June 24, 2022**. Proposed *voir dire* questions and requests to charge are due no later than **Friday, July 8, 2022**. Proposed *voir dire* questions should focus on the facts of this case.

      IT IS FURTHER ORDERED that the final pretrial conference will be held on **Wednesday, July 27, 2022 at 2:30 P.M.** Jury selection and trial will commence on **Monday, August 1, 2022 at 10:00 A.M.** The final pretrial conference and the trial will be held in in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that time is excluded until August 1, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given the logistical difficulties of discussing potential dispositions and trial preparation caused by COVID-19.

**SO ORDERED.**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Date:   April 15, 2022**
       **New York, NY**